UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00035-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL DIMEO,

        Defendant.

**ORDER AND NOTICE OF CHANGE OF PLEA HEARING**

THIS MATTER comes before the Court following the filing of a Notice of Disposition on March 8, 2006 by Defendant Paul Dimeo. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **April 3, 2006 at 9:15 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3. The final trial preparation conference set for March 31, 2006 and the April 3, 2006 trial date are **VACATED**.

Dated this 9th day of March, 2006.

**BY THE COURT:**

Marcia S. Krieger
United States District Judge